

Cecilia R. Ehresman

cecilia.ehresman@klgates.com
T +1 843 579 5602

March 19, 2024

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Scheril Fernandez v. Laboratory Corporation of America, et al.
1:23-cv-05310-NRM-CLP**

Dear Judge Pollak:

In accordance with Your Honor's February 5, 2024, directive, the parties jointly file this letter as their forty-five (45) day, post-conference status report. Since the February 5, 2024, conference, the parties have exchanged written discovery deficiency letters and are in the process of responding to same. The parties are also scheduling depositions for May and June 2024, assuming the discovery deficiencies can be resolved prior to these depositions.

The parties have engaged in preliminary settlement discussions. Defendant Actalent Scientific, LLC believes it needs to take Plaintiff's deposition before undertaking any meaningful settlement discussions.

Thank you for your time and consideration. Please let us know if the Court requires any further information at this time.

Respectfully submitted,

*/s/ Cecilia Ehresman*


cc: All attorneys of record (via ECF)

K&L GATES LLP
POST OFFICE BOX 22092  CHARLESTON  SC 29413-2092
T +1 843 579 5600  F +1 843 579 5601  klgates.com