## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHERIL FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, ACTALENT SERVICES, LLC, and ACTALENT SCIENTIFIC, LLC,<br><br>Defendants. | Civil Action No. 1:23-CV-05310-NRM-CLP<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the attorneys for Plaintiff Scheril Fernandez, the attorneys for Defendant Laboratory Corporation of America Holdings ("**Labcorp**"), and the attorneys for Defendants Actalent Services, LLC ("**Actalent Services**") and Actalent Scientific, LLC ("**Actalent Scientific**"), that that the above-captioned Amended Complaint and all claims against Labcorp Actalent Services, and Actalent Scientific are dismissed with prejudice and without attorneys' fees, costs and/or expenses being awarded to any party.

**PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC**

By: _____
Morgan L. Mickelsen

45 Broadway, Suite 430
New York, New York
10006
T: (212) 248-7431
F: (212) 901-2107
mmickelsen@tpglaws.com

*Attorneys for Plaintiff Scheril Fernandez*


**K&L GATES LLP**

By: s/*George P. Barbatsuly*_____

George P. Barbatsuly
One Newark Center, Tenth Floor
Newark, New Jersey 07102
T: (973) 848-4000
F: (973) 848-4001
george.barbatsuly@klgates.com
*Attorneys for Defendant*
*Laboratory Corporation of America Holdings*


Dated: __October 7__, 2024

Dated: __October 4__, 2024

318860287.13

**HUSCH BLACKWELL LLP**

By: _/s/ Hillary L. Klein_

    David M. O'Leary, NY No. 5516703
    1801 Pennsylvania Avenue, NW,
    Suite 1000
    Washington, DC 20006
    T: 202.378.2351
    F: 202.378.2319
    david.oleary@huschblackwell.com

    and

    Hillary L. Klein Admitted _Pro Hac Vice_
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    T: 816.983.8363
    F: 816.983.8080
    hillary.klein@huschblackwell.com

    ***Attorneys for Defendant Actalent Services, LLC and Actalent Scientific, LLC***

    October 7 _____, 2024

318860287.13